SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>vs.<br><br>Sue W. Jensen, Individually and as Co-Trustee under that certain Declaration of Trust executed September 11, 1984; Willard H. Jensen, Individually and as Co-Trustee under that certain Declaration of Trust executed September 11, 1984,<br><br>        Defendants | Case No.: 2:09-cv-03158-FCD-DAD<br><br>**STIPULATION AND ORDER RE: REQUEST FOR EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DALE A. DROZD** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, and Defendants Sue W. Jensen and Willard H. Jensen, through their respective attorney of record, Wayne Allen Knight that this action be set for an early settlement conference with Magistrate Judge Dale A. Drozd.

///

///

///

///

1

STIPULATION AND ORDER RE: REQUEST FOR EARLY SETTLEMENT CONFERENCE
CIV: Case No.: 2:09-cv-03158-FCD-DAD

1 | Dated: October 28, 2010

2 |                                                 DISABLED ACCESS PREVENTS

3 |                                                 INJURY, INC.

                                                /s/Scott N. Johnson
                                                SCOTT N. JOHNSON,
                                                Attorney for Plaintiff

Dated: October 28, 2010                        KNIGHT & KNIGHT

                                                /s/Wayne Allen Knight
                                                WAYNE ALLEN KNIGHT
                                                Attorney for Defendant
                                                SUE W. JENSEN
                                                WILLARD H. JENSEN

## ORDER

The parties' stipulated request for an early settlement conference before the assigned magistrate judge is granted, subject to the filing of waivers of any claim of disqualification on the basis of the assigned magistrate judge's participation in the conference. Each party shall file such a waiver on or before November 30, 2010. After counsel confer regarding dates, plaintiff's counsel shall contact Pete Buzo, Courtroom Deputy to the undersigned, at (916) 930-4128 to obtain a date.

IT IS SO ORDERED.

Dated: November 3, 2010.

                                                Dale A. Drozd
                                                UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\johnson3158.stipord.settconf