IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                        No. CIV S-09-3158 DAD

    v.

SUE W. JENSEN and
WILLARD H. JENSEN,               ORDER

        Defendants.

        On December 1, 2010, this action was reassigned to the undersigned for all further proceedings. See 28 U.S.C. § 636(c). Previously, on November 4, 2010, the undersigned granted the parties' request for an early settlement conference, subject to the filing of waivers on or before November 30, 2010. Plaintiff included a waiver of disqualification in the consent form he filed on November 24, 2010, but defendants have not filed a waiver. The parties were also directed to contact Pete Buzo, Courtroom Deputy to the undersigned, to obtain a date for early settlement conference, but have not done so.

        Good cause appearing, IT IS ORDERED that:

        1. If all parties still desire an early settlement conference, defendants shall file their waiver of disqualification within twenty-one days after this order is filed, and the parties shall contact Pete Buzo forthwith to discuss available dates.

2. If a date for early settlement conference has not been selected and calendared within twenty-eight days, the parties shall file a joint status report on or before January 14, 2010. in which they indicate whether the schedule set forth in the Status (Pretrial Scheduling) Order filed March 18, 2010, is viable and, if it is not, shall propose a new schedule for further proceedings. If the parties' joint status report includes a request for a status conference, the court will set a telephonic status conference. Absent a request for a status conference, the court will issue a further scheduling order after the parties' joint status report is filed.

DATED: December 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnsonjensen3158.ord.joint.sr